UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

            Plaintiff,

v.

GREGORY RYAN HOWELL,

            Defendant.

Case: 1:25-cr-20549
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-23-2025

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Distribution of Child Pornography
### 18 U.S.C. § 2252A(a)(2)

Between in and around January 20, 2025 to May 19, 2025, in the Eastern District of Michigan, and elsewhere, defendant, Gregory Ryan Howell, knowingly distributed any child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by a computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO
### Receipt of Child Pornography
### 18 U.S.C. § 2252A(a)(2)

Between in and around January 21, 2025 to May 20, 2025, in the Eastern District of Michigan, and elsewhere, defendant, Gregory Ryan Howell, knowingly received any child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by a computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
### Possession of Child Pornography
### 18 U.S.C. § 2252A(a)(5)(B) & (b)(2)

On or about May 20, 2025, in the Eastern District of Michigan, defendant, Gregory Ryan Howell, knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, including a prepubescent minor or a minor who had not attained 12 years of age, engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using

2

materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5) and (b)(2).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 2253 and 28 U.S.C. § 2461

1. The allegations contained in Counts One, Two and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253 and 28 U.S.C. § 2461.

2. Upon conviction of one or more of the offenses charged in Counts One, Two and Three of the Indictment, Defendant shall, pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461, forfeit to the United States the following:

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of these subsections;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3

3. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: July 23, 2025

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Roy R. Kranz*
ROY R. KRANZ (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
roy.kranz@usdoj.gov

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant U.S. Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes     x No

Case: 1:25-cr-20549
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 07-23-2025

Case Title: USA v. Gregory Ryan Howell

County where offense occurred: Isabella

Check One:  X Felony     __ Misdemeanor     __ Petty

   __X__Indictment/____Information --- **no** prior complaint.
   _____Indictment/____Information --- based upon prior complaint []
   _____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: July 23, 2025

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #: P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.